IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNIVERSAL AMERICAN CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PARTNERS HEALTHCARE SOLUTIONS | ) | C.A. No. 13-1741-RGA |
| HOLDINGS, L.P., GTCR GOLDER | ) | |
| RAUNER II, L.L.C., GTCR PARTNERS IX, | ) | |
| L.P., GTCR FUND IX/A, L.P., GTCR FUND | ) | |
| IX/B, L.P., GTCR CO-INVEST III, L.P., | ) | |
| DAVID KATZ, GREGORY SCOTT, | ) | |
| JEROME VACCARO and JOHN | ) | |
| McDONOUGH, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the

admission pro hac vice of Reed S. Oslan, Scott A. McMillin and Richard U. S. Howell of

Kirkland & Ellis LLP to represent Defendants Partners Healthcare Solutions Holdings, L.P.,

GTCR Golder Rauner II, L.L.C., GTCR Partners IX, L.P., GTCR Fund IX/A, L.P., GTCR Fund

IX/B, L.P., GTCR Co-Invest III, L.P., David Katz, Gregory Scott, Jerome Vaccaro and John

McDonough in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Reed S. Oslan, P.C.
Scott A. McMillin, P.C.
Richard U. S. Howell
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000

*/s/ Ryan D. Stottmann*
Jon E. Abramczyk (#2432)
Ryan D. Stottmann (#5237)
1201 North Market Street, Suite 1600
Wilmington, DE 19801
(302) 658-9200
jabramczyk@mnat.com
rstottmann@mnat.com
*Attorneys for Defendants*

May 15, 2014

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is

GRANTED.


Dated: _____    _____

United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00, if not previously paid, will be submitted to the Clerk's Office upon the filing of this motion.

Date: __5/15/14__

_____

Reed S. Oslan
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00, if not previously paid, will be submitted to the Clerk's Office upon the filing of this motion.

Date: May 15, 2014

Scott A. McMillin
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00, if not previously paid, will be submitted to the Clerk's Office upon the filing of this motion.

Date: 5/15/14

Richard U. S. Howell
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654

CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2014, I caused the foregoing to be electronically

filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

Blake Rohrbacher
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

/s/ Ryan D. Stottmann
Ryan D. Stottmann (#5237)